IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>SCOTT DOUGLAS CHILDERS,<br>[DOB:   08/26/1979]<br><br>                    Defendant. | Case No. 4:25-00308-01-CR-W-DGK<br><br>COUNT ONE through FIVE<br>18 U.S.C. § 242 (Deprivation of Rights)<br>NMT: 10 Years<br>NMT: 3 years Supervised Release<br>NMT: $250,000 Fine<br>Class C Felony<br><br>COUNT SIX<br>18 U.S.C. § 1519 (False Report)<br>NMT: 20 Years<br>NMT: 3 years Supervised Release<br>NMT: $250,000 Fine<br>Class C Felony<br><br>$100 Mandatory Special Assessment |

## **INDICTMENT**

The Grand Jury charges that:

GENERAL ALLEGATIONS

1. At all times relevant to this Indictment, the Ray County Sheriff's Office was a law enforcement agency in the Western District of Missouri. Among other functions, the Ray County Sheriff's Office investigated and responded to possible crimes committed in Ray County, Missouri and operated the Ray County Jail, which housed arrestees, pretrial detainees, and convicted inmates.

2. At all times relevant to this Indictment, employees of the Ray County Sheriff's Office were responsible for conducting themselves in compliance with local, state, and federal laws, including the United States Constitution.

3. At all times relevant to this Indictment, defendant SCOTT DOUGLAS CHILDERS was employed and acting in his official capacity as the Sheriff of Ray County, Missouri.

## COUNT ONE
(Deprivation of Rights)

The Grand Jury further charges that:

1. Paragraphs one through three of the General Allegations are incorporated by reference in this count.

2. On or about November 19, 2022, in the Western District of Missouri, SCOTT DOUGLAS CHILDERS, the defendant herein, while acting under color of law, willfully deprived C.S., a pretrial detainee, of a right secured and protected by the Constitution and laws of the United States, namely, the right not to be deprived of liberty without due process of law, which includes the right to be free from the use of unreasonable force by one acting under color of law. Specifically, the defendant, in his capacity as Sheriff of Ray County Missouri, grabbed C.S. by the throat while C.S. was handcuffed, not resisting, and not posing a threat to the defendant and others. The offense resulted in bodily injury to C.S.

All in violation of Title 18, United States Code, Section 242.

## COUNT TWO
(Deprivation of Rights)

1. Paragraphs one through three of the General Allegations are incorporated by reference in this count.

2. On or about February 6, 2024, in the Western District of Missouri, SCOTT DOUGLAS CHILDERS, the defendant herein, while acting under color of law, willfully deprived D.C., an arrestee, of a right secured and protected by the Constitution and laws of the United States,

namely, the right to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by one acting under color of law. Specifically, the defendant, in his capacity as Sheriff of Ray County Missouri, pushed, shoved, and struck D.C. while D.C. was in a holding cell, not resisting, and not posing a threat to the defendant and others. The offense resulted in bodily injury to D.C.

All in violation of Title 18, United States Code, Section 242.

## COUNT THREE
(Deprivation of Rights)

1. Paragraphs one through three of the General Allegations are incorporated by reference in this count.

2. On or about May 29, 2023, in the Western District of Missouri, SCOTT DOUGLAS CHILDERS, the defendant herein, while acting under color of law, willfully deprived D.R. of a right secured and protected by the Constitution and laws of the United States, namely, the right to be free from unreasonable seizures, which includes the right to be free from warrantless arrest without probable cause. Specifically, the defendant, in his capacity as Sheriff of Ray County Missouri, arrested D.R. without a warrant and probable cause. The offense resulted in bodily injury to D.R.

All in violation of Title 18, United States Code, Section 242.

## COUNT FOUR
(Deprivation of Rights)

1. Paragraphs one through three of the General Allegations are incorporated by reference in this count.

2. On or about May 29, 2023, in the Western District of Missouri, SCOTT DOUGLAS

CHILDERS, the defendant herein, while acting under color of law, willfully deprived D.R., an arrestee, of a right secured and protected by the Constitution and laws of the United States, namely, the right to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by one acting under color of law. Specifically, the defendant, in his capacity as Sheriff of Ray County Missouri, grabbed, pushed, and slapped D.R. during the course of his arrest. The offense resulted in bodily injury to D.R.

All in violation of Title 18, United States Code, Section 242.

## COUNT FIVE
(Deprivation of Rights)

1. Paragraphs one through three of the General Allegations are incorporated by reference in this count.

2. On or around Spring 2022, in the Western District of Missouri, SCOTT DOUGLAS CHILDERS, the defendant herein, while acting under color of law, willfully deprived J.M., a convicted inmate, of a right secured and protected by the Constitution and laws of the United States, namely, the right to be free from cruel and unusual punishment, which includes the right to be free from the use of excessive force by one acting under color of law. Specifically, the defendant, in his capacity as Sheriff of Ray County Missouri, pulled J.M. out of a vehicle, threw J.M. to the ground, placed his knee on J.M.'s back, and ground J.M.'s face into the ground while J.M. was handcuffed, not resisting, and not posing a threat to the defendant and others. The offense resulted in bodily injury to J.M.

All in violation of Title 18, United States Code, Section 242.

## COUNT SIX
### (False Report)

1.  Paragraphs one through three of the General Allegations are incorporated by reference in this count.

2.  On or about February 6, 2024, in the Western District of Missouri, SCOTT DOUGLAS CHILDERS, the defendant herein, acting in relation to and in contemplation of a matter within the jurisdiction of the United States, knowingly falsified concealed, covered up, and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, the defendant wrote a narrative report as part of a "Ray County Sheriffs Office Offense / Incident Report" regarding his use of force against D.C. That narrative report included the following false statements: (1) that the defendant "told [D.C.] he just needed to sleep and would give him a dry blanket to help"; (2) that the defendant "asked [a Ray County corrections officer] to grab [him] a blanket"; (3) that the defendant "stepped inside the cell to remove [D.C.'s] blanket"; (4) that "[D.C.] started toward the cell door where [the corrections officer] was standing"; and (5) that the defendant "told [D.C.] to stop and he was not going to fight [the defendant's] staff." Those statements were false because, as the defendant well knew, he did not enter D.C.'s cell to give him a new blanket, but for the stated purpose of using force against D.C.

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL.

October 28, 2025  
DATE

*SIGNATURE ON FILE WITH USAO*  
FOREPERSON OF THE GRAND JURY

R. MATTHEW PRICE
United States Attorney
Western District of Missouri

By   <u>*/s/David Ketchmark*</u>
David Ketchmark
Assistant United States Attorney

<u>October 28, 2025</u>
DATE