# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Ray / Western

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Scott Douglas Childers

Alias Name:

Birth Date: 08/26/1979

**Related Case Information**

Superseding Information/Indictment? ☐ Yes ☒ No  If yes, original case number: _____

New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any: _____

Prior Target Letter Case Number, if any: 24-MJ-00055

**U.S. Attorney Information**

**(S)AUSA** Ketchmark, David M.

**Interpreter Needed?**

☐ Yes  Language and/or Dialect: _____
☐ No

**Location Status**

Arrest Date: _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts: 6

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:242.F DEPRIVE CIVIL RIGHTS | 1-5 |
| 2 | 18:1519.F "DESTRUCTION, ALTERNATION, OR FALSIFICATION OF RECORDS IN | 6 |
| 3 | | |
| 4 | | |

(May be continued on reverse)

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |